[No. 41779-7-I.    Division One.    January 25, 1999.]
*In the Matter of the Marriage of* MIRIAM VILLAGRAN DIAZ
DE MCBRIDE, *Respondent*, and DAVID MCBRIDE,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-3-07822-1, Faith Ireland, J., entered October 31, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41993-5-I.    Division One.    January 25, 1999.]
MICHAEL AKIN, ET AL., *Appellants*, v. MARK SMITH, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for San Juan County, No. 97-2-050015-5, Vickie I. Churchill, J., entered December 22, 1997. *Affirmed* by unpublished opinion per Baker, J., concurred in by Agid, A.C.J., and Schindler, J. Pro Tem.

[Nos. 16027-1-III; 16263-0-III.    Division Three.    January 26, 1999.]
*In the Matter of the Marriage of* PETER DONALD DAHLIN,
*Appellant*, and MAYREE JEAN BECKETT, *Respondent*.

MAYREE J. BECKETT, *Respondent*, v. PETER D. DAHLIN,
*Appellant*.

Appeals from judgments of the Superior Court for Spokane County, Nos. 95-3-03015-5, 96-2-00505-3, Wallis W. Friel, J., entered August 22 and November 14, 1996. *Affirmed* by unpublished opinion per Kurtz, A.C.J., concurred in by Sweeney and Brown, JJ.

[No. 16461-6-III.    Division Three.    January 26, 1999.]
THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY
WILLIAM LENNON, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 96-1-00439-4, Jack Burchard, J., entered January 30, 1997. *Reversed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Kato, JJ. Now published at 94 Wn. App. 573.